UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1573
_____

ERIE INSURANCE EXCHANGE, an unincorporated association,
by members PATRICIA R. BELTZ; JOSEPH S. SULLIVAN; ANITA SULLIVAN;
PATRICIA R. BELTZ, on behalf of herself and others similarly situated,

Appellants

v.

RICHARD L. STOVER; J. RALPH BORNEMAN, JR.;
TERRENCE W. CAVANAUGH; JONATHAN HIRT HAGEN;
SUSAN HIRT HAGAN; THOMAS B. HAGEN; C. SCOTT HARTZ;
CLAUDE C. LILLY, III; LUCIAN L. MORRISON; THOMAS W. PALMER;
MARTIN P. SHEFFIELD; ELIZABETH H. VORSHECK;
ROBERT C. WILBURN; ERIE INDEMNITY COMPANY
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 1-13-cv-00037)
District Judge: Hon. Maurice B. Cohill, Jr.
_____

Argued June 8, 2015

BEFORE: AMBRO and COWEN, Circuit Judges
RESTANI*, Judge

_____

* Honorable Jane A. Restani, Judge for the United States Court of International Trade,
sitting by designation.

———————
## JUDGMENT
———————

This cause came to be considered on the record on appeal from the United States District Court for the Western District of Pennsylvania and was argued on June 8, 2015. On consideration whereof, it is now here ordered and adjudged that the appeal from the judgment of the District Court entered on February 10, 2014 is hereby dismissed for lack of jurisdiction. All of the above in accordance with the opinion of this Court. Each party to bear its own costs.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: July 16, 2015

**Certified as a true copy and issued in lieu of a formal mandate on** August 7, 2015

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2